O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

OCTAVIO AVILA,

Petitioner,

v.

RON BARNES, Warden,

Respondent.

Case No. CV 12-02867-ODW (OP)

ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections thereto. The Court has engaged in a de novo review of those portions of the Report and Recommendation to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge,

/ / /

/ / /

/ / /

IT IS ORDERED that Judgment be entered: (1) accepting this Report and Recommendation; and (2) directing that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: January 25, 2013

HONORABLE OTIS D. WRIGHT, II.
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge